

**FILED**
MAY 27 2014

19TH JUDICIAL CIRCUIT COURT
Cole County CIRCUIT COURT
Post Office Box 1870
Jefferson City, Missouri 65102-1870

Dawnel P. Davidson
Circuit Clerk

No. 1518  CP: 2se Only
No. /Pages _____ @0.
No. /Seals _____ @1.
Postage _____
Clerk Time _____
Notes _____
Amt. Due _____
Completed by _____

PHONE: (573) 634-9150
CIVIL FAX: (573) 635-0796
CRIMINAL FAX: (573) 635-5376

## COPY REQUEST FORM

**FEES:** Fees for copies are $0.50 for each page, plus the cost of postage (rounded up to the nearest half-dollar) with a $3.00 minimum charge.
Certification fee is $1.00 per document.
Copy requests may be subject to additional fees for postage, if requested, and clerk processing time, if applicable.
Upon request, estimation of fees will be provided.
All copy invoices are due upon receipt.

**PAYMENT:** Acceptable forms of payment are Cash, Money Order, Cashiers Check, or Credit Card.
A Convenience Fee will be assessed to all payments made by debit/credit card.

**NOTE:** Photo ID is required for copies of confidential/sealed cases and a Request to View/Copies of Sealed Case File MUST be completed by the requestor.

### Please complete all fields.

DATE: 5/27/14   NAME: BEN GAUL

AGENCY (if applicable): _____

ADDRESS: BAKER HOSTETLER, 65 E. STATE ST, SUITE 2100, COLUMBUS, OHIO 43215

PHONE NUMBER: 614 462 2670

CASE NUMBER: 14AC-CC00264   CASE DESCRIPTION: Brooks v. American Family

TYPE OF CASE: ☐ Domestic Relations  ☒ Civil  ☐ Small Claims  ☐ Protection Order  ☐ Juvenile/Probate  ☐ Criminal/Traffic

**DOCUMENT(S) REQUESTED:**

_copy of complaint_ ☐ Certified
_____ ☐ Certified
_____ ☐ Certified
_____ ☐ Certified

**METHOD OF DELIVERY:**

☐ Mail copies to the address provided above.
☐ Mail copies to the following address (if different from above):
_____

☐ Hold for pick up.   ☐ Call when ready for pick up.
☒ Other (explain): _fax or email, otherwise mail_

Completed JW 6/3/14

EXHIBIT 2

| | | Invoice No. | 2014052704 |
|---|---|---|---|

## Dawnel Davidson ~ Circuit Clerk

19th Judicial Circuit Court
Cole County Courthouse
301 E. High Street ~ P.O. Box 1870
Jefferson City, MO 65102

# INVOICE

**Customer**

| | | |
|---|---|---|
| Name | Ben Gaul | |
| | Baker Hostetler LLP | |
| Address | 65 E. State Street, Ste. 2100 | |
| City | Columbus   State OH   ZIP 43215 | |
| Phone | 614-462-2670 | |

**Misc**

| | |
|---|---|
| Date | 5/27/2014 |
| Case # | 14AC-CC00264 |
| Requested by | Ben Gaul |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 11 | Copies at $.50 per page | $ 0.50 | $ 5.50 |
| | Certification | $ 1.00 | $  - |
| | Copies at $.50 per pages | $ 0.50 | $  - |
| | Postage & Handling | | |
| | Fax Copies | $ 0.50 | $  - |
| | Minimum Copy Cost | $ 3.00 | $  - |

| | | |
|---|---|---|
| | SubTotal | $ 5.50 |
| | Shipping | |
| Tax Rate(s) | | |
| | TOTAL | $ 5.50 |

**Payment**

Comments: Please attach a copy of this invoice with payment. Thank You!
Name
Check #
Date

We appreciate your prompt payment!  Thank you!

Request Completed by: *jdw*

*Dawnel Davidson~ Circuit Clerk*



**FILED**
MAY 27 2014

19TH JUDICIAL CIRCUIT COURT
Cole County CIRCUIT COURT
Post Office Box 1870
Jefferson City, Missouri 65102-1870

Dawnel P. Davidson
Circuit Clerk

PHONE: (573) 634-9150
CIVIL FAX: (573) 635-0796
CRIMINAL FAX: (573) 635-5376

No. /Pages ___ @0.
No. /Seals ___ @1.
Postage ___
Clerk Time ___
Notes ___
Amt. Due ___
Completed by ___

# COPY REQUEST FORM

**FEES:** Fees for copies are $0.50 for each page, plus the cost of postage (rounded up to the nearest half-dollar) with a $3.00 minimum charge.
Certification fee is $1.00 per document.
Copy requests may be subject to additional fees for postage, if requested, and clerk processing time, if applicable.
Upon request, estimation of fees will be provided.
All copy invoices are due upon receipt.

**PAYMENT:** Acceptable forms of payment are Cash, Money Order, Cashiers Check, or Credit Card.
A Convenience Fee will be assessed to all payments made by debit/credit card.

**NOTE:** Photo ID is required for copies of confidential/sealed cases and a Request to View/Copies of Sealed Case File MUST be completed by the requestor.

### Please complete all fields.

DATE: **5/27/14**      NAME: **BEN GAUL**

AGENCY (if applicable): _____

ADDRESS: **BAKER HOSTETLER, 65 E. STATE ST, SUITE 2100, COLUMBUS, OHIO 43215**

PHONE NUMBER: **614 462 2670**

CASE NUMBER: **14AC-CC00264**      CASE DESCRIPTION: **Brooks v. American Family**

TYPE OF CASE: ☐ Domestic Relations  ☒ Civil  ☐ Small Claims  ☐ Protection Order  ☐ Juvenile/Probate  ☐ Criminal/Traffic

**DOCUMENT(S) REQUESTED:**

__copy of complaint__      ☐ Certified
_____      ☐ Certified
_____      ☐ Certified
_____      ☐ Certified

**METHOD OF DELIVERY:**

☐ Mail copies to the address provided above.
☐ Mail copies to the following address (if different from above):

_____

☐ Hold for pick up.   ☐ Call when ready for pick up.
☒ Other (explain): **fax or email, otherwise mail**

IN THE CIRCUIT COURT OF COLE COUNTY
STATE OF MISSOURI

| | |
|---|---|
| RUBY L. BROOKS and OTIS L. BROOKS, individually, and on behalf of all others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) AMERICAN FAMILY MUTUAL INSURANCE COMPANY, ) ) ) Defendant. ) | Cause No.: 14AC-CC00264 Division: 1 |

## ENTRY OF APPEARANCE

COMES NOW Christopher E. Roberts of Butsch Roberts & Associates LLC and hereby enters his appearance on behalf of Plaintiffs Ruby L. Brooks and Otis L. Brooks.

                                            **BUTSCH ROBERTS & ASSOCIATES LLC**

                                        By: /s/ Christopher E. Roberts
                                        David T. Butsch #37539
                                        Christopher E. Roberts #61895
                                        231 South Bemiston Ave., Suite 260
                                        Clayton, MO 63105
                                        (314) 863-5700 (telephone)
                                        (314) 863-5711 (fax)
                                        butsch@butschroberts.com
                                        roberts@butschroberts.com

                                        Counsel for Plaintiffs

IN THE CIRCUIT COURT OF COLE COUNTY
STATE OF MISSOURI

| | |
|---|---|
| RUBY L. BROOKS and OTIS L. BROOKS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Cause No.: 14AC-CC00264<br>Division: 1 |

## REQUEST FOR ISSUANCE OF SUMMONS

COME NOW Plaintiffs Ruby L. Brooks and Otis L. Brooks through their undersigned counsel. Plaintiffs request that the Clerk of the Court issue a summons directed to Defendant American Family Mutual Insurance Company to be served on the Missouri Director of Insurance, 301 West High Street, Jefferson City, Missouri 65101. Plaintiffs request that the Cole County Sheriff serve the summons.

                                                                  **BUTSCH ROBERTS & ASSOCIATES LLC**

                                                                  By: /s/ Christopher E. Roberts
                                                                  David T. Butsch #37539
                                                                 Christopher E. Roberts #61895
                                                                 231 South Bemiston Ave., Suite 260
                                                                 Clayton, MO 63105
                                                                (314) 863-5700 (telephone)
                                                                (314) 863-5711 (fax)
                                                                butsch@butschroberts.com
                                                               roberts@butschroberts.com

                                                                Counsel for Plaintiffs



# IN THE 19TH JUDICIAL CIRCUIT COURT, COLE COUNTY, MISSOURI

| Judge or Division:<br>JON EDWARD BEETEM | Case Number: 14AC-CC00264 |
|---|---|
| Plaintiff/Petitioner:<br>RUBY L BROOKS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DAVID THRIFT BUTSCH<br>STE 260<br>231 SOUTH BEMISTON<br>CLAYTON, MO 63105 |
| Defendant/Respondent:<br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY | Court Address:<br>301 E HIGH<br>JEFFERSON CITY, MO 65101 |
| Nature of Suit:<br>CC Declaratory Judgment | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** AMERICAN FAMILY MUTUAL INSURANCE COMPANY
**Alias:**

**C/O MO DEPT OF INS**
**301 W HIGH ST**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____06/04/2014_____   _____
Date                                            by jw

*COLE COUNTY*   Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)   Subscribed and sworn to before me on _____ (date).

My commission expires: _____   _____
                                       Date                                          Notary Public

**Sheriff's Fees**
Summons                                      $_____
Non Est                                         $_____
Sheriff's Deputy Salary
Supplemental Surcharge     $____10.00_____
Mileage                                        $_____ (_____ miles @ $._____ per mile)
**Total**                                         $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* **Document Id # 14-SMCC-580**     1 of 1     Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 2:14-cv-04171-SRB   Document 1-2   Filed 07/02/14   Page 6 of 11

STATE OF MISSOURI
CIRCUIT COURT FOR THE 19th JUDICIAL CIRCUIT
COLE COUNTY

| | |
|---|---|
| RUBY L. BROOKS and<br>OTIS L. BROOKS,<br><br>  Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INS. CO.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>) Case No. 14AC-CC00264<br>)<br>) Division No. 1<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

Joe D. Jacobson, MBE No. 33715, and Green Jacobson, P.C. enter their appearance as co-counsel for the plaintiffs.

              Respectfully submitted,

              GREEN JACOBSON, P.C.

           By: _____
              Joe D. Jacobson #33715
              7733 Forsyth Blvd., Suite 700
              Clayton, MO 63105

              Tel: (314) 862-6800
              Fax: (314) 862-1606
              Email: jacobson@stlouislaw.com

              Co-counsel for plaintiffs Ruby and Otis Brooks

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and complete copy of the foregoing was served by mailing the same by U.S. Mail, first-class postage prepaid, this **5th** day of June, 2014, to American Family Mutual Insurance Company, c/o Missouri Department of Insurance, 301 West High Street, Jefferson City, MO 65101.

_____
Joe D. Jacobson



# IN THE 19TH JUDICIAL CIRCUIT COURT, COLE COUNTY, MISSOURI

| Judge or Division: JON EDWARD BEETEM | Case Number: 14AC-CC00264 |
|---|---|
| Plaintiff/Petitioner: RUBY L BROOKS vs. | Plaintiff's/Petitioner's Attorney/Address DAVID THRIFT BUTSCH STE 260 231 SOUTH BEMISTON CLAYTON, MO 63105 |
| Defendant/Respondent: AMERICAN FAMILY MUTUAL INSURANCE COMPANY | Court Address: 301 E HIGH JEFFERSON CITY, MO 65101 |
| Nature of Suit: CC Declaratory Judgment | |

**RECEIVED JUN 10 2014 COLE COUNTY SHERIFF'S OFFICE**

**FILED JUN 20 2014 COLE COUNTY CIRCUIT COURT**
(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: AMERICAN FAMILY MUTUAL INSURANCE COMPANY
Alias:
C/O MO DEPT OF INS
301 W HIGH ST
JEFFERSON CITY, MO 65101

**COURT SEAL OF COLE COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

06/04/2014
Date

by jw

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
K. LANDERS (name) DESIGNEE (title).
☐ other _____.
Served at 301 W. High (address)
in Cole (County/City of St. Louis), MO, on 6/11/14 (date) at 8:40 AM (time).

G. WHITE
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
        Date                    Notary Public

**Sheriff's Fees**
Summons                        $_____
Non Est                        $_____
Sheriff's Deputy Salary
Supplemental Surcharge         $ 10.00
Mileage                        $_____ (_____ miles @ $_____ per mile)
Total                          $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 14-SMCC-580    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

State of Missouri

# Department of Insurance, Financial Institutions and Professional Registration



TO: Corporate Secretary (or United States Manager or Last Appointed General Agent) of

AMERICAN FAMILY MUTUAL INSURANCE COMPANY
DAVID C HOLMAN
6000 AMERICAN PARKWAY
MADISON, WI 53783

RE: Court: Cole Co. Circuit Court, Case Number: 14AC-CC00264

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Insurance, Financial Institutions and Professional Registration of the state of Missouri, Dated at Jefferson City, Missouri this 11th day of June, 2014.

_____
Director of Insurance, Financial Institutions
and Professional Registration

AFFIDAVIT

State of Missouri,
ss.
County of Cole,

The undersigned Director of the Department of Insurance, Financial Institutions and Professional Registration or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on _____June 11_____, 2014 by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Insurance, Financial Institutions and Professional Registration

By: _____

Subscribed and sworn to before me this 11th day of June, 2014.

_____
Notary Public

My commision expires: _____

KATHRYN LATIMER
My Commission Expires
March 4, 2016
Cole County
Commission #12418395

301 West High Street, Room 530, P.O. Box 690 / JeffersonCity, Missouri 65102-0690
Telephone 573-751-2619 / TDD 1-573-526-4536 (Hearing Impaired)
http://www.difp.mo.gov

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Terry Marshall_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name ) Terry Marschall  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY<br>DAVID C HOLMAN<br>6000 AMERICAN PARKWAY<br>MADISON, WI 53783 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 0080 0000 1907 7082 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LEGAL SECTION
MO. DEPARTMENT OF INSURANCE, FINANCIAL
INSTITUTIONS & PROFESSIONAL REGISTRATION
PO BOX 690
JEFFERSON CITY, MO 65102-0690